UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:17-cv-02111-AFM                                          Date:  January 19, 2021

Title  Alexaandra Mishelle Mejia v. Andrew Saul

Present: The Honorable:  ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

     On December 1, 2020, the Court ordered defendant to file a response to plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) no later than December 15, 2020.  A review of the case docket indicates that defendant has not filed his response.  Accordingly, IT IS ORDERED that within 21 days of the filing date of this Order, defendant shall show cause in writing for failure to respond to the Court's Order.  The filing of defendant's response to plaintiff's Motion within 21 days shall discharge the order to show cause.

IT IS SO ORDERED.

                                                                                                                     :

**Initials of Preparer**      ib